AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
### Eastern District of California

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| v. | |
| DANYELLE MONIQUE CASTRILLO | Case No. 1:19-MJ-00182-BAM |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 17-CR-01697-CAB | 1:19-MJ-00182-BAM | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment ☐ Information ☐ Complaint ☑ Other (specify) Sup. Release Pet.

charging a violation of 18 U.S.C. § 3583

**DISTRICT OF OFFENSE** California- SD  DIVISION: _____

**DESCRIPTION OF CHARGES:**
Violation of Supervised Release

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☑ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation | ☐ Retained Own Counsel ☑ Federal Defender Organization ☐ CJA Attorney ☐ None |
|---|---|
| Interpreter Required? | ☑ No ☐ Yes Language: |

**DISTRICT OF CALIFORNIA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

9/30/2019
Date                                       United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

FILED
SEP 30 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK